UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
TRALON DURRETT § Case No. 13-04024
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 148,490.00                  Assets Exempt: 16,865.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,905.08    Claims Discharged
                                              Without Payment: 181,185.56

Total Expenses of Administration: 1,300.56

---

3) Total gross receipts of $ 6,078.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 872.62 (see **Exhibit 2**), yielded net receipts of $ 5,205.64 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 162,193.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,300.56 | 1,300.56 | 1,300.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 992.56 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,150.00 | 3,881.30 | 3,881.30 | 3,905.08 |
| **TOTAL DISBURSEMENTS** | $ 185,335.56 | $ 5,181.86 | $ 5,181.86 | $ 5,205.64 |

4) This case was originally filed under chapter 7 on 02/01/2013 . The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/12/2017           By: /s/Miriam R. Stein
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SYNCHRONY CARD - REFUND | 1229-000 | 6,078.26 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,078.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TRALON DURRETT | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 872.62 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 872.62** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NATION STAR MORTGAGE | | 157,210.00 | NA | NA | 0.00 |
| | WELLS FARGO BANK | | 4,983.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 162,193.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 1,270.56 | 1,270.56 | 1,270.56 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,300.56 | $ 1,300.56 | $ 1,300.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARCHA P. BURGESS | | 992.56 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 992.56 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPT. STORES NATIONAL BANK | | 1,300.00 | NA | NA | 0.00 |
| | GE CAPITAL RETAIL BANK | | 2,700.00 | NA | NA | 0.00 |
| | HSBC | | 2,000.00 | NA | NA | 0.00 |
| | LOWE'S/GECRB | | 6,300.00 | NA | NA | 0.00 |
| | WELLS FARGO FINANCIAL CARDS | | 5,700.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 650.00 | 700.89 | 700.89 | 700.89 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,700.00 | 2,774.65 | 2,774.65 | 2,774.65 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 800.00 | 405.76 | 405.76 | 405.76 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 21.29 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 2.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,150.00 | $ 3,881.30 | $ 3,881.30 | $ 3,905.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-04024 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | TRALON DURRETT | | | | Date Filed (f) or Converted (c): | 02/01/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2013 |
| For Period Ending: | 07/12/2017 | | | | Claims Bar Date: | 02/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME | 157,210.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. BANK FINANCIAL - CHECKING ACCOUNT | 48.00 | 0.00 | | 0.00 | FA |
| 4. STOVE, REFRIGERATOR, MICROWAVE, DISHWASHER | 310.00 | 0.00 | | 0.00 | FA |
| 5. LIVING/DINING ROOM FURNITURE | 400.00 | 0.00 | | 0.00 | FA |
| 6. TWO BEDROOM SETS | 175.00 | 0.00 | | 0.00 | FA |
| 7. COMPUTER AND PRINTER - 8 YRS. OLD | 100.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS, PHOTO'S | 50.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHING | 70.00 | 0.00 | | 0.00 | FA |
| 10. 2001 FORD F-250 | 1,989.00 | 0.00 | | 0.00 | FA |
| 11. 2004 CHEVY SILVERADO | 4,983.00 | 3,000.00 | | 0.00 | FA |
| 12. SYNCHRONY CARD - REFUND (u) | 0.00 | 0.00 | | 6,078.26 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $165,355.00 | $3,000.00 | | $6,078.26 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED WITH THE COURT IN THIS CASE.
TFR approved 5/4/17. Checks disbursed. 1 check o/s to Capital One.

Initial Projected Date of Final Report (TFR): 05/31/2017   Current Projected Date of Final Report (TFR): 03/08/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04024 | Trustee Name: | Miriam R. Stein |
| Case Name: | TRALON DURRETT | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8770 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4308 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/12/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/16 | | Sychrony Bank | Refund of bank fee Synchrony Bank refunded Debtor's estate $6,078.26. Asset unscheduled. Estate needed to be re-opened prior to deposit of check. | 1290-000 | $6,078.00 | | $6,078.00 |
| 11/17/16 | 12 | Synchrony Bank | Refund of bank fee Updated receipt log. First one incorrectly stated amount of check as $6,078.00 instead of correct amount of $6,078.26. Associated Bank logged deposit as $6,078.26.<br><br>Delay in deposit of check due to need to re-open closed case by UST prior to deposit. | 1229-000 | $6,078.26 | | $12,156.26 |
| 11/17/16 | | Sychrony Bank | Refund of bank fee Reversal The deposit slip inaccurately listed the check as $6,078.00. The correct amount which was deposited is $6,078.26. | 1290-000 | ($6,078.00) | | $6,078.26 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,068.26 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,058.26 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,048.26 |
| 05/04/17 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,270.56 | $4,777.70 |
| 05/04/17 | 102 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $408.25 | $4,369.45 |
| | | | Page Subtotals: | | $6,078.26 | $1,708.81 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-04024 | Trustee Name: | Miriam R. Stein |
| Case Name: | TRALON DURRETT | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8770 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4308 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/12/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($2.49) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($405.76) | 7100-000 | | | |
| 05/04/17 | 103 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Distribution | | | $3,496.83 | $872.62 |
| | | | ($21.29) | 7990-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($700.89) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($2,774.65) | 7100-000 | | | |
| 05/04/17 | 104 | TRALON DURRETT 4048 206TH STREET MATTESON, IL 60443 | Distribution of surplus funds to debtor. | 8200-002 | | $872.62 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,078.26 | $6,078.26 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,078.26 | $6,078.26 |
| Less: Payments to Debtors | $0.00 | $872.62 |
| Net | $6,078.26 | $5,205.64 |

Page Subtotals: $0.00 $4,369.45

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8770 - Checking | $6,078.26 | $5,205.64 | $0.00 |
| | $6,078.26 | $5,205.64 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,078.26 |
| Total Gross Receipts: | $6,078.26 |

Page Subtotals: $0.00    $0.00